No. 09–1539. WILKES v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 09–10417. WADE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–10985. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11277. GAEDTKE v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11346. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–11360. RODRIGUEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11364. ALLMON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–33. SUQUAMISH INDIAN TRIBE v. UPPER SKAGIT INDIAN TRIBE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–37. HALL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–79. METRO FUEL LLC v. CITY OF NEW YORK, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 10–92. SAHYERS v. PRUGH, HOLLIDAY & KARATINOS, P. L., ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–135. HUDSON v. SCARBRO, ADMINISTRATRIX OF THE ESTATE OF RUMMER. C. A. 4th Cir. Certiorari denied.

No. 10–200. FITZGIBBONS v. ZEMAN, TRUSTEE. C. A. 10th Cir. Certiorari denied.